# UNITED STATES DISTRICT COURT
**District of Minnesota**

United States of America,

Plaintiff(s)

-vs- Civil Action 01-262 JMR/RLE

Real Property Located At 36721 County Road 46, Park Rapids, MN,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) James B. Young and all unknown persons and entities having an interest in the defendant are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

James B. Young and all unknown persons and entities having interest in the defendant

this 1st day of May, 2002.

RICHARD D. SLETTEN, CLERK

By Deborah D. Bell

Deborah D. Bell, Deputy Clerk

16