ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-262 (JMR/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT 36721 COUNTY ROAD 46, PARK RAPIDS, MINNESOTA, BECKER COUNTY, WITH ALL BUILDINGS, IMPROVEMENTS, FIXTURES, APPURTENANCES AND ATTACHMENTS THERETO AND ANY AND ALL PROCEEDS FROM ITS SALE OR TRANSFER,<br><br>DEFENDANT. | STIPULATION FOR PAYMENT OF REAL ESTATE TAXES AND ORDER |

The United States of America, plaintiff, and Becker County, claimant, through their respective undersigned counsel, stipulate to the payment of real estate taxes for the real property located at 36721 County Road 46, Park Rapids, Minnesota, Becker County, legally described as the Northwest Quarter of the Northeast Quarter (NW 1/4 of NE 1/4) of Section 26, Township 142 North, Range 36 West of the Fifth Principal Meridian, containing, according to the U.S. Government Survey thereof, 40 acres more or less, subject to easements, reservations, and restrictions of record, if any, together with its buildings, appurtenances, improvements, fixtures and attachments (hereinafter "the defendant real property").

This stipulation is entered into between the plaintiff and the claimant pursuant to the following terms:

FILED MAY 2 ... RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

1. The plaintiff and the claimant hereby stipulate that the claimant now has an interest in the defendant real property by virtue of certain real estate taxes due and payable in 2001 and 2002, which have become a lien against the defendant real property.

2. The plaintiff agrees that, after entry of a Final Order of Forfeiture forfeiting the defendant real property to the plaintiff and upon the sale of the defendant real property, the United States Marshal shall pay the claimant:

a. all unpaid principal then due to the claimant for the real estate taxes due and payable in 2001 and 2002 and for the real estate taxes due and payable in subsequent years that have become a lien on the defendant real property as of the date of the Final Order of Forfeiture; and

b. all unpaid interest on any delinquent real estate taxes for the above-stated years to the date of the entry of the Final Order of Forfeiture according to the formula set forth at 28 U.S.C. § 1961(a),

from the proceeds of the sale of the defendant real property as a part of the normal and usual closing costs. No penalties will be paid. Principal and interest will only be paid up to the amount realized from the sale.

3. The payment to the claimant shall be in full and final settlement and satisfaction of any and all claims for real estate

taxes on the defendant real property by the claimant, and the claimant agrees it will not pursue against the plaintiff any other rights that it may have by virtue of the lien for certain real estate taxes as set forth in paragraphs 1 and 2 of this stipulation.

4. Upon payment of the real estate taxes that are due to the claimant as of the date of the sale of the defendant real property, the claimant agrees the plaintiff may convey title to the defendant real property to any subsequent purchaser free and clear of any claim by the claimant for real estate taxes.

5. The claimant understands and agrees that, by entering into this stipulation, it waives any rights to further litigate against the plaintiff its interest in the defendant real property or to petition for remission or mitigation of the forfeiture.

6. The plaintiff and the claimant agree to execute further documents, to the extent necessary, to further implement the terms of this stipulation, and agree to bear their own costs and attorneys fees.

7. The terms of this stipulation are contingent upon the forfeiture of the defendant real property to the plaintiff, the Court's entry of a Final Order of Forfeiture disposing of all claims in this action, and the sale of the defendant real property by the United States Marshal. In the event the defendant real property is not forfeited to the plaintiff, this stipulation is

void. Further, the terms of this settlement shall be subject to approval by the United States District Court. Any violation of an terms or conditions herein shall be construed as a violation of an order of the Court.

Dated:

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated: 3/13/02

BY: JOSEPH A. EVANS
Becker County Attorney
Lincoln Professional Center
P.O.Box 476
Detroit Lakes, MN 56052-0476
218-847-6590

ORDER

This Stipulation for Payment of Real Estate Taxes is hereby approved.

Dated: May 17, 2002

JAMES M. ROSENBAUM, Chief Judge
United States District Court